UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAXINE SHEPARD, )
        Plaintiff, )
) No. 1:21-cv-1012
-v- )
) Honorable Paul L. Maloney
DEPARTMENT OF VETERANS )
AFFAIRS, et al. )
        Defendants. )
)
)

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 24, 2022             /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                               United States District Judge